Notice of Hearing Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Poppi Lynn Stamatakis

Address: 2805 West Gordon Creek

Price, UT 84501

Phone No.: 435-749-0640

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 27  A 11: 18

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:

Poppi Lynn Stamatakis,

Debtor(s).

Bankruptcy Number 10-24841

Chapter 7

### NOTICE OF HEARING

Notice is hereby given that Debtor'(s) attached Motion shall be heard on June 28 at 10:30 before the Honorable Judge Thurman at 350 S. Main Str. Courtroom 376.

Dated this 21 day of May, 2010

*Poppi L Stamatakis*
Unrepresented Debtor

2

## Certificate of Service:

I certify that on May 21, 2010, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

Philip G. Jones tr

853 West Center Street

Orem, UT 84057
Trustee


Ken Garff Bldg.

405 South Main Street Suite 300

Salt Lake City, UT 84111
United States Trustee

*[signature]*
Unrepresented Debtor