# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

DATE OF 341 MEETING: 06/01/10                    CASE NO: 10-24841
                                                 TRUSTEE: Philip G. Jones

IN RE: STAMATAKIS, POPPI LYNN

### SECTION 341 MEETING
### DETAILED REPORT FOR CHAPTER 7

I.   DEBTOR(S)
     [ ] Present, Sworn, Examined        [ x ] Not Present. Bankr D. Rule 2003(a)
                                         [ ] Husband Present, Wife Not. Bankr D.Rule 2003(a)
                                         [ ] Wife Present, Husband Not. Bankr D. Rule 2003(a)

2.   DEBTOR'S ATTORNEY
     [ ] Present       [ ] Not Present. Bankr. D. Rule 2003(a)      [x] N/A (Pro Se)

3.   MAILING MATRIX TIMELY FILED
     [ x ] YES         [ ] NO. Bankr. D. Rule 1007-1

4.   DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
     [ x ] YES         [ ] NO. Bankr. D. Rule 1007-2(b) (in Standing Order #2)

5.   NEW ADDRESS FOR DEBTOR?
     [ x ] NO          [ ] YES. Debtor and Attorney advised of duty to file written notice of change of address

6.   MEETING:  [ ] Concluded       [ ] Other _____

7.   IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE
     TRUSTEE HEREBY REQUESTS:

     [ x ] a 341 hearing be rescheduled            [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

CREDITORS _____

                                                 /s/ Philip G. Jones
                                                 PRESIDING OFFICER

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing Section 341 Meeting Detailed Report for Chapter 7 was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 9th day of June, 2010.

U.S. Trustee's Office
Ken Garff Building, Suite 300
405 South Main St.
Salt Lake City, Utah 84111

PRO SE

STAMATAKIS, POPPI LYNN
2805 WEST GORDON CREEK
PRICE, UT 84501


       /s/ Mahalia Bird